1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY LAWS ) | Case No. CIV-08-2670 KJM |
| ) | |
| ) | **STIPULATION AND ORDER** |
| Plaintiff, ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security ) | |
| of the United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until March 23, 2010.   This extension is required due to Plaintiff's counsel's failure to calendar Ms. Law's case and extremely impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: January 12, 2010 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |

Attorney for Plaintiff

Dated: January 12, 2010          Benjamin B. Wagner

United States Attorney

*/s/ Shea Bond*
SHEA BOND
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 19, 2010.

_____
U.S. MAGISTRATE JUDGE

2