BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY LAWS | Case No. CIV-08-2670 KJM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to April 23, 2010. This additional extension is required due to Plaintiff's counsel's extremely impacted briefing schedule. With the exception of two days, plaintiff's counsel has had at least one summary judgment motion due every day since January 1, 2010. Counsel's calendar is equally crowded through May 4, 2010.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: April 12, 2010 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: April 12, 2010          Benjamin B. Wagner

United States Attorney

*/s/ Shea Bond*
SHEA BOND

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  April 13, 2010.

_____
U.S. MAGISTRATE JUDGE

2