1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BEVERLY LAWS,                          No.  2:08-cv-2670 CKD

12              Plaintiff,

13        v.                                ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16

17

18        Pursuant to the parties' stipulation filed May 28, 2013, the Court reopens this case and

19   enters an order and entry of judgment dismissing this civil action.

20   Dated:  May 29, 2013

21                                          _____
                                            CAROLYN K. DELANEY
22                                          UNITED STATES MAGISTRATE JUDGE

23

24   4 laws2670.ss.dis

25

26

27

28

                                            1